THOMAS D'ANTONIO (No. 316472)
DENTONS US LLP
1999 Harrison Street, Suite 1210
Oakland, California 94612
Telephone: (415) 882-0129
Facsimile: (415) 882-0300
thomas.dantonio@dentons.com

FRIDRIKH V. SHRAYBER (appearance *pro hac vice*)
LAURA A. DRAKE (appearance *pro hac vice*)
DENTONS COHEN & GRIGSBY P.C.
625 Liberty Avenue, 5th Floor
Pittsburgh, PA 15222-3152
Telephone: (412) 297-4609
Facsimile: (412) 209-0672
fred.shrayber@dentons.com
laura.drake@dentons.com

Attorneys for Defendant
ULTA SALON, COSMETICS & FRAGRANCE, INC.

DENTONS US LLP
1999 HARRISON STREET, SUITE 1300
OAKLAND, CALIFORNIA 94612
415 882 5000

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ARNY ASERCION, on behalf of himself and all others similarly situated,

Plaintiff,

v.

ULTA SALON, COSMETICS & FRAGRANCE, a Delaware Corporation, and Does 1-100, inclusive,

Defendants.

Case No. 3:26-cv-2442

**ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT BY NOT MORE THAN 30 DAYS AND CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINE (L.R. 6-1(B))**

Assigned to: Hon. Rita F. Lin

Case filed: January 29, 2026
Removal filed: March 20, 2026

Having considered the Parties' Joint Stipulation to Extend Defendant's Time to Respond to the Amended Complaint By Not More Than 30 Days and Continue Case Management Conference and Related Deadline, and the supporting Declaration, IT IS HEREBY ORDERED that:

1. Defendant's deadline to answer, move, or otherwise respond to the Amended Complaint is extended from October 2, 2026, to November 2, 2026;
2. The Initial Case Management Conference currently scheduled for October 14, 2026, is continued to November 18, 2026, at 10:00 A.M. via videoconference; and
3. The deadline to file the Case Management Statement is continued from October 7, 2026, to November 10, 2026.

**IT IS SO ORDERED.**

Dated: September 29, 2026

Hon. Rita F. Lin
United States District Judge