UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNY ASERCION,<br>Plaintiff,<br>v.<br>ULTA SALON, COSMETICS & FRAGRANCE, INC.,<br>Defendant. | Case No. 26-cv-02442-RFL<br>**ORDER TO SHOW CAUSE REGARDING SUBJECT-MATTER JURISDICTION**<br>Re: Dkt. No. 1 |

Federal courts have an independent obligation to address a potential lack of subject-matter jurisdiction. *FW/PBS, Inc. v. City of Dallas*, 493 U.S. 215, 230–31 (2004). Though Arny Asercion's complaint has been found to sufficiently allege statutory standing under the California Invasion of Privacy Act ("CIPA"), the complaint does not appear to plausibly allege Article III standing to assert claims in federal court. *See Deivaprakash v. Conde Nast Digital*, 798 F. Supp. 3d 1100, 1107 (N.D. Cal. 2025) (describing differences in statutory standing under CIPA and Article III standing). Certainly, plausible allegations that tracking pixels are used to create detailed user profiles can support Article III standing in some circumstances. *Gilligan v. Experian Data Corp.*, No. 25-CV-02873-RFL, 2026 WL 32259, at *2 (N.D. Cal. Jan. 6, 2026). But, here, although Asercion alleges that pixels were used to create user profiles, he does not appear to plausibly allege that those profiles either contain his sensitive information or are so comprehensive in the level of detail about his shopping habits that they became sensitive. *See Smith v. Rack Room Shoes, Inc.*, No. 24-CV-06709-RFL, 2026 WL 2825524, at *5 (N.D. Cal. Sept. 21, 2026). Accordingly, he does not seem to have Article III standing to assert his claims.

As the party invoking federal jurisdiction, Ulta Salon, Cosmetics & Fragrance, Inc. is **ORDERED TO SHOW CAUSE** in a written statement of no more than five pages by **October 16, 2026** why this case should not be remanded to state court for lack of subject-matter jurisdiction. Ascercion may file a response to Ulta's statement, also of no more than five pages, by **October 23, 2026**.

**IT IS SO ORDERED.**

Dated: October 2, 2026

RITA F. LIN
United States District Judge